IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SARIF BIOMEDICAL LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-151 (LPS) |
| | ) |
| ACCURAY INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL

PLEASE TAKE NOTICE THAT Madison C. Jellins and Janice A. Christensen of JELLINS CHRISTENSEN LLP (admitted *pro hac vice* on February 12, 2013) hereby withdraw as counsel to defendant Accuray Inc. ("Accuray") in the above-captioned matter. Accuray is now represented by the firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP and REEDSMITH.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
 *Attorneys for Defendant, Accuray Inc.*

March 13, 2014
8063492

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on March 13, 2014, upon the following in the manner indicated:

## BY ELECTRONIC MAIL

Richard D. Kirk
Stephen B. Brauerman
Vaness R. Tiradentes
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Marc A. Fenster
Fredricka Ung
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031

*/s/ Julia Heaney*

Julia Heaney (#3052)